USCA1 Opinion

 

 UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT No. 93-1679 UNITED STATES, Appellee, v. VICTOR LEVY-CORDERO, Defendant - Appellant. No. 93-2015 UNITED STATES, Appellee, v. WILLIAM ROMERO-LEWIS, A/K/A CACO, EL TENIENTE, Defendant - Appellant. No. 93-2087 UNITED STATES, Appellee, v. JOSE SAMUEL FORTY-ESTREMERA, A/K/A SAMMY, Defendant - Appellant. Before Torruella, Chief Judqe, _____ _____ Coffin, Senior Circuit Judge, ______ _______ _____ and Cyr, Circuit Judge. _______ _____ ORDER OF COURT Entered November 7, 1995 The United States of America has filed a "Motion for Modification and Correction of Opinion" seeking two changes in the Court's opinion. The following is the disposition of said requests: 1. Footnote 1 is amended to read "twelve years" in substitution of "twelve months." 2. The last full paragraph of page 13 of the opinion of the Court is amended to read: For the foregoing reasons, we conclude that the improper remarks were not so prejudicial as to require reversal. Notwithstanding our decision in this regard, we repeat our concern that, "after numerous warnings from this court, the prosecuting attorneys in the District of Puerto Rico persist in spiking their arguments with comments that put their cases at risk." United States v. Ortiz- ______ ______ ______ Arrigoitia, 996 F.2d 436, 441 (lst Cir. 1993) __________ (collecting cases). See, e.g., Udechukwu, 11 F.3d ___ ____ _________ 1101; Arrieta-Aqressot, 3 F.3d 525. When, as in ________________ this case, a visiting Justice Department prosecutor conducts the trial, we nevertheless expect the resident United States Attorney to insure that the expectations of the court concerning closing argument be made known. It is so Ordered. By the Court: FRANCIS P. SCIGLIANO, Clerk. By Janice M. O'Neil  Chief Deputy Clerk. [cc: Messrs: Weiner, Geigel, Inserni and Ms. Mitchelll